IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARSHALL SHADDIX,
    Plaintiff,

vs.                                    Case No.: 3:14cv632/LAC/EMT

DANNA BLOUNT, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated December 10, 2014, Plaintiff was given thirty (30) days in which to pay the filing fee or file a complete application to proceed in forma pauperis (*see* doc. 4). The order was returned as undeliverable (*see* doc. 5), then resent to Plaintiff on January 15, 2015, after he provided a current address (*see* doc. 6). At that time, Plaintiff was given an additional thirty (30) days in which to comply with the court's December 10, 2014, order, making his response due by February 17, 2015 (*id*.). Plaintiff failed to pay the filing fee or file an application to proceed in forma pauperis; therefore, on February 20, 2015, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 8). Two attempts to send that order to Plaintiff failed, as in both instances the order was returned to the court marked "not at this address" (*see* docs. 9, 10). Plaintiff has not communicated with the court since January 15, 2015, and the address he provided at that time does not appear to be valid. In light of Plaintiff's failure to prosecute, failure to comply with the court's order to pay the filing fee or file an application to proceed in forma pauperis, and failure to keep the court apprised of his current mailing address, dismissal of this action is appropriate.

        Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute, failure to comply with the court's order to pay the filing fee or file an application to proceed in forma pauperis, and failure to keep the court apprised of his current mailing address.

At Pensacola, Florida, this 12<u>th</u> day of May 2015.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon the magistrate judge and all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.